# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1913
L.T. Case No. 16-2009-CF-11820-A

———————————————

ALLEN ROBERTS, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Allen Roberts, Jr., Madison, pro se.

James Uthmeier, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.

September 16, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, C.J., and SOUD and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____